ROBERT E. DEYO et al., Respondents, *v.* THE CITY OF NEWBURGH, Appellant.

*Deyo* v. *City of Newburgh*, 138 App. Div. 465, affirmed.
(Argued November 23, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1910, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to secure the cancellation of certain certificates of sale of lands for non-payment of certain assessments levied thereon and to set aside said assessments.

*Henry Kohl* for appellant.

*Charles F. Brown* and *George R. Brewster* for respondents.

Judgment affirmed, with costs.   The eleventh conclusion of law, that the assessment was unconstitutional, does not import that the statute itself is unconstitutional, and we are of the opinion that the statute is valid; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.